THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS J. WHITE, Appellant, *v.* BIRD S. COLER, as Comptroller of the City of New York, Respondent.

*People ex rel. White* v. *Coler,* 56 App. Div. 171, appeal dismissed.
(Argued April 15, 1901; decided April 26, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 4, 1901, which reversed an order of Special Term grant-

ing a motion for a peremptory writ of mandamus directing the defendant to reinstate the relator in the position of senior clerk, third grade, in the Bureau of Taxes, Finance Department of the city of New York.

*George Tiffany* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Appeal dismissed, without costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.